UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**03 12429 MLW**

GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation,

    *Plaintiff,*

v.

JAMES E. HAMILTON, a resident and citizen
of Massachusetts, RICHARD M. PERLMAN,
a resident and citizen of Massachusetts, and
CREATIVE PACKAGING, INC., a
Massachusetts corporation,

    *Defendants.*

CIVIL ACTION No.: 03-_____

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff General Electric Capital Corporation ("GE Capital) makes the following disclosures:

    Parent Corporation: General Electric Corporation

    Publicly Held Companies Owning 10 % or more of GE Capital's stock:

    None.

GENERAL ELECTRIC
CAPITAL CORPORATION,
a Delaware corporation

By its attorneys,

_____
C. Dylan Sanders (BBO #630668)
Steven J. Buttacavoli (BBO #651440)

PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: November 21, 2003