# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

JAMES E. HAMILTON, RICHARD M. PERLMAN
and CREATIVE PACKAGING, INC.

CASE NUMBER: 03-12429 MLW

TO: (Name and address of Defendant)

Richard M. Perlman
275 Country Club Road
Newton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Dylan Sanders
Piper Rudnick LLP
One International Place
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 0 3 2003

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/17/03 |
|---|---|
| NAME OF SERVER (PRINT) B. Keith Wheeler | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: **Creative Packaging 175 Hames Street, Worcester, Ma**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/03
             Date           Signature of Server

6 Beacon Street, Suite 825, Boston, Ma. 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.