# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION

V.

JAMES E. HAMILTON, RICHARD M. PERLMAN,
and CREATIVE PACKAGING, INC.

SUMMONS IN A CIVIL CASE

03   12429 MLW

CASE NUMBER:

TO: (Name and address of Defendant)

Creative Packaging
175 James Street
Worcester, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Dylan Sanders
Piper Rudnick LLP
One International Place
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 0 3 2003

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/17/03 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| B. Keith Wheeler | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand to Richard Perlman authorized to accept for Creative Packaging at 175 James Street Worcester, Ma.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/03
               Date              Signature of Server

                6 Beacon Street, Boston, Ma 02108
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.