# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

GENERAL ELECTRIC CAPITAL CORPORATION

V.

JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12429 MLW

FILED IN CLERK'S OFFICE
2003 DEC 31 A 11:43
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Creative Packaging, Inc.
c/o James E. Hamilton
23 Annie Moor Road
Bolton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Dylan Sanders
Piper Rudnick LLP
One International Place
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _Twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 0 3 2003
DATE

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION

V.

JAMES E. HAMILTON, RICHARD M. PERLMAN,
and CREATIVE PACKAGING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12429 MLW

FILED
IN CLERK'S OFFICE
2003 DEC 31 A 11:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

James E. Hamilton
23 Annie Moor Road
Bolton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Dylan Sanders
Piper Rudnick LLP
One International Place
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 0 3 2003
DATE