UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN AND CREATIVE PACKAGING, INC.,<br><br>*Defendants.* | Civil Action No.: 03-CV-12429-MLW |

**PLAINIFF GENERAL ELECTRIC CAPITAL CORPORATION'S
MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE CLAIMS AND
MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY
<u>JUDGMENT ON DEFENDANTS' COUNTERCLAIMS</u>**

Pursuant to Rule 56, Fed. R. Civ. P., plaintiff General Electric Capital Corporation ("GE Capital") hereby moves for summary judgment in its favor on all counts of the First Amended Complaint. In addition, pursuant to Rule 12(b)(6), GE Capital moves to dismiss all six Counterclaims that have been asserted by the defendants against GE Capital. Alternatively, pursuant to Rule 56, GE Capital moves for summary judgment in its favor on all six Counterclaims.

In support of this Motion, GE Capital has filed herewith a Memorandum of Law, a Local Rule 56.1 Statement of Undisputed Facts, and the Affidavit of Frank Sorensen (including attached pleadings and documents).

Based on these materials and the arguments and authorities stated in the Memorandum of Law, GE Capital respectfully requests that the Court --

A. Enter summary judgment in GE Capital's favor on all Counts of the First Amended Complaint,

B. On Counts I, II and III, award GE Capital damages against the defendants, jointly and severally, in the amount of **$4,153,801**, plus interest to the date of judgment and GE Capital's reasonable attorneys fees and costs;

C. On Count IV, award GE Capital damages against Creative Packaging, in the amount of $69,924.23, plus interest to the date of judgment and GE Capital's reasonable attorneys fees and costs;

D. Dismiss the Counterclaims pursuant to Rule 12(b)(6) for failure to state claims on which relief can be granted, or alternatively grant GE Capital summary judgment on all of the Counterclaims.

GENERAL ELECTRIC
CAPITAL CORPORATION,
a Delaware corporation

By its attorneys,

_____
C. Dylan Sanders (BBO #630668)
Steven J. Buttacavoli (BBO #651440)

PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: March 22, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL
(BY HAND) ON  3/22/04
_____

2

~BOST1:295259.v2
22820204-4122