```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


GENERAL ELECTRIC CORP.,           )
Plaintiff(s),                     )
                                  )
    v.                            )    C.A. No. 03-12429-MLW
                                  )
JAMES HAMILTON et al,             )
    Defendant(s),                 )
```

ORDER

WOLF, D.J.                                          April 6, 2004

The parties in this case were issued a Memorandum and Order [8], asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                    /s/ Mark L. Wolf