UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN AND CREATIVE PACKAGING, INC.,<br><br>Defendants. | Civil Action No. 03-12429-MLW |

## ASSENTED TO MOTION TO EXTEND DATE FOR OPPOSING SUMMARY JUDGMENT MOTION

Defendants respectfully move this Court to extend the deadline for them to oppose plaintiff General Electric Capital Corporation's ("GE Capital") motion for summary judgment to and including May 10, 2004.

In support of this motion, defendants state that this case involves issues of interpretation of guaranty agreements and conflicts of law and that they need a short extension of time in order to brief the issues raised in GE Capital's motion for summary judgment.

GE Capital assents to this motion.

THE DEFENDANTS
By their attorney,

David Burgess (BBO# 553783)
9 Damonmill Square, Suite 5C
Concord, MA 01742-2864
978.371.1900

Assented to:

GENERAL ELECTRIC CAPITAL CORP.
By its attorney,

/s/ C. Dylan Sanders (DS)
_____
C. Dylan Sanders (BBO# 630668)
Piper Rudnick, LLP
One International Place, 21st fl.
100 Oliver St.
Boston, MA  02110-2613
617.406.6000

Dated: April 12, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4\12\04



**david burgess** attorney at law
db@davidburgesslaw.com

9 damonmill square, suite 5C
concord ma 01742-2864

tel. 978.371.1900
    866.322.1900
fax. 978.371.1144

April 12, 2004

Civil Clerk
U.S. District Court for District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   General Electric Capital Corporation v. James E. Hamilton, Richard M. Perlman and Creative Packaging, Inc., Case No. 03-CV-12429-MLW

Dear Sir or Madam:

Enclosed for filing and docketing please find Assented to Motion to Extend Date for Opposing Summary Judgment Motion.

Sincerely,

David Burgess

Encl.

cc:   C. Dylan Sanders, Esq.