UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN AND CREATIVE PACKAGING, INC.,<br><br>Defendants. | Civil Action No. 03-12429-MLW |

## ASSENTED TO MOTION TO FURTHER EXTEND DATE FOR OPPOSING SUMMARY JUDGMENT MOTION

Defendants respectfully move this Court to extend the deadline for them to oppose plaintiff General Electric Capital Corporation's ("GE Capital") motion for summary judgment from May 10, 2004 to and including May 19, 2004.

In support of this motion, defendants state that conflicting demands have made it necessary for their counsel to seek a short further extension of time, and that GE Capital assents to this motion.

THE DEFENDANTS
By their attorney,

_____
David Burgess (BBO# 553783)
9 Damonmill Square, Suite 5C
Concord, MA 01742-2864
978.371.1900

Dated: May 10, 2004

Assented to:

GENERAL ELECTRIC CAPITAL CORP.
By its attorney,


_____
C. Dylan Sanders (BBO# 630668)
Piper Rudnick, LLP
One International Place, 21st fl.
100 Oliver St.
Boston, MA 02110-2613
617.406.6000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/11/04.



attorney at law
db@davidburgesslaw.com

9 damonmill square, suite 5C
concord ma 01742-2864

tel.  978.371.1900
     866.322.1900
fax. 978.371.1144

May 10, 2004

Civil Clerk
U.S. District Court for District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   General Electric Capital Corporation v. James E. Hamilton, Richard M. Perlman and Creative Packaging, Inc., Case No. 03-CV-12429-MLW

Dear Sir or Madam:

Enclosed for filing and docketing please find Assented to Motion to Further Extend Date for Opposing Summary Judgment Motion.

Sincerely,

David Burgess

Encl.

cc:   C. Dylan Sanders, Esq.