UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware Corporation,

                    Plaintiff,

vs.

JAMES E. HAMILTON, RICHARD M.
PERLMAN AND CREATIVE PACKAGING,
INC.,

                    Defendants.

Civil Action No. 03-12429-MLW

## ASSENTED TO MOTION TO EXTEND BY ONE DAY FOR FILING OPPOSITION TO SUMMARY JUDGMENT MOTION

Defendants respectfully move this Court to extend the deadline for them to oppose plaintiff General Electric Capital Corporation's ("GE Capital") motion for summary judgment by one day from May 19, 2004 to and including May 20, 2004.

This motion is assented to.

THE DEFENDANTS
By their attorney,

David Burgess (BBO# 553783)
9 Damonmill Square, Suite 5C
Concord, MA  01742-2864
978.371.1900

Dated: May 20, 2004

Assented to:

GENERAL ELECTRIC CAPITAL CORP.
By its attorney,

C. Dylan Sanders (BBO# 630668)
Piper Rudnick, LLP
One International Place, 21st fl.
100 Oliver St.
Boston, MA  02110-2613
617.406.6000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on ___5\20\04___