UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL, CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 03-12429-JGD |
| JAMES E. HAMILTON, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the plaintiff's "Motion for Summary Judgment on its Affirmative Claims and Motion to Dismiss or, Alternatively, Motion for Summary Judgment on Defendants' Counterclaims" (Docket # 10) has been scheduled for hearing on Monday, June 14, 2004, at 2:30 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

```
                                        TONY ANASTAS,
                                        CLERK OF COURT


                                          / s / Jolyne D'Ambrosio
                                        By:  Deputy Clerk
```

DATED: May 28, 2004