SCANNED
DATE: 06/29/04
BY: SCY

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br><br>        Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

## AFFIDAVIT OF DAVID PORTER CONCERNING INTEREST RATE USED IN PROMISSORY NOTES

David S. Porter deposes and states under oath as follows:

1. I am the acting Chief Financial Officer of Creative Paper, Inc. and Creative Packaging, Inc.

2. I submit this affidavit in response to the Court's question during the June 14, 2004 summary judgment hearing concerning the interest rate used by Wentworth Capital on the loans to Creative Paper, Inc. in late 1999.

3. During the negotiation of the loans, Sam Smith, of Wentworth Capital, told me that the interest charged on the Creative Paper loan would be determined based on the five year treasury note rate, and that the rate would be five points higher than the five year treasury note rate on the date that the loan funds were reserved/committed. This understanding was memorialized in the loan commitment letter (Exhibit 1 to my previous affidavit filed in connection with GE Capital's summary judgment motion).

4. Mr. Smith told me that the loan funds ($7.5 million dollars) were reserved/committed on November 15, 1999.

5. The interest rate for five year treasury notes on November 15, 1999, as published in the Wall Street Journal of that date and as subsequently confirmed by a chart of rates provided to me by Gary Nelson of Wentworth Capital, was 5.86%, the same rate at the date of, and included in the loan commitment letter. A copy of the chart provided by Wentworth Capital is appended as Exhibit A hereto.

6. In a later phone conversation, after I had questioned the rate used to determine the monthly installments in the promissory note schedules, Gary Nelson told me that Wentworth had used an "interpolated" rate, based on the five year and ten year treasury note rates from the Wall Street Journal. He told me that the "interpolated" rate had been used because the loan was written for a seven year period, not five years, and that there were no published rates for seven year treasury notes in the Wall Street Journal.

7. The original commitment letter envisioned that the loan would be written for seven years, and that the rate would be tied to the five year treasury note rate. There was no mention of using an "interpolated" rate, and no person at Creative Paper agreed to the use of an interpolated rate.

8. Although the loan funds were all reserved/committed by Wentworth on November 15, 1999, the total loan commitment was broken into two components, the $6.5 million dollar loan closed in November 1999, and the $1.0 million dollar loan closed in December 1999. The interest rate charged was to have been 10.86%, the rate for five year treasury notes plus five points on the date the loan funds were reserved. The actual interest rates being charged on the loans by Wentworth is just over 11% on the $6.5 million dollar loan, and 11.54% on the $1.0 million dollar loan, not the 10.86% rate outlined in the loan commitment letter.

2

FEB. -05' 04(THU) 10:08   CREATIVE PACKAGING                TEL:5087545492              P. 009/009
Case 1:03-cv-12429-JGD   Document 22   Filed 06/29/2004   Page 3 of 3

EXHIBIT A

## DAILY INTEREST RATE REPORT

| | Current Issue | Thursday 11/18/99 | Wednesday 11/17/99 | Tuesday 11/16/99 | Monday 11/15/99 | Friday 11/12/99 | Rate at end of Prior Week 11/12/99 | Rate at end of Prior Month 10/29/99 |
|---|---|---|---|---|---|---|---|---|
| Federal Funds (near closing bid) | | 5.50% | 5.25% | 5.31% | 5.75% | 5.47% | 5.75% | 5.13% |
| Prime | | 8.25% | 8.25% | 8.25% | 8.25% | 8.25% | 8.25% | 8.25% |
| 1 Month CD | | 5.19% | 5.20% | 5.03% | 5.00% | 5.00% | 5.00% | 4.98% |
| 3 Month CD | | 5.35% | 5.35% | 5.33% | 5.33% | 5.33% | 5.33% | 5.47% |
| 1 Month LIBOR | | 5.59% | 5.60% | 5.47% | 5.46% | 5.46% | 5.44% | 5.41% |
| 3 Month LIBOR | | 6.10% | 6.10% | 6.07% | 6.07% | 6.07% | 6.07% | 6.19% |
| 1 Year | 11/09/00 Treas. Bill | 5.54% | 5.54% | 5.52% | 5.48% | 5.47% | 5.47% | 5.38% |
| 2 Years | 5 7/8 Oct '01 | 5.87% | 5.87% | 5.80% | 5.77% | 5.75% | 5.75% | 5.75% |
| 3 Years* | 6 1/2 May '02 - WSJ | 5.91% | 5.91% | 5.84% | 5.81% | 5.81% | 5.81% | 5.86% |
| 3 Years* | Interpolated | 5.91% | 5.90% | 5.80% | 5.80% | 5.78% | 5.78% | 5.81% |
| 4 Years | Interpolated | 5.94% | 5.93% | 5.83% | 5.83% | 5.82% | 5.82% | 5.87% |
| 5 Years | 5 7/8 Nov '04 | 5.98% | 5.96% | 5.90% | 5.86% | 5.85% | 5.85% | 5.93% |
| 7 Years | Interpolated | 6.02% | 6.00% | 5.90% | 5.90% | 5.85% | 5.89% | 5.97% |
| 10 Years | 6 Aug '09 | 6.06% | 6.03% | 5.95% | 5.93% | 5.92% | 5.92% | 6.01% |
| 30 Years | 6 1/8 Aug '29 | 6.17% | 6.13% | 6.06% | 6.03% | 6.03% | 6.03% | 6.15% |

* The Treasury no longer issues 3 year notes. The Wall Street Journal (WSJ) selects an off the run treasury to use as a benchmark note. This note does not have the same characteristics that a newly issued one would have. Therefore, we have added an interpolated 3 year treasury rate as a reference.

As of 3/5/00
1999-11-18 Daily Interest Rates.xls