DATE: 06/15/04
BY: SICy

FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN 15 P 2:0b

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation, | Civil Action No. 03-12429-MLW |
| Plaintiff, | |
| vs. | |
| JAMES E. HAMILTON, RICHARD M. PERLMAN AND CREATIVE PACKAGING, INC., | NOTICE OF COUNSEL'S CHANGE OF ADDRESS |
| Defendants. | |

DOCKETED

David Burgess, counsel for the defendants in this action, hereby notifies the Court that effective June 18, 2004, the new address will be as follows:

David Burgess and Associates
37 Main Street
Concord, MA 01742-2529

Telephone and facsimile numbers have not changed.

Respectfully submitted,

David Burgess (BBO# 553783)
37 Main Street
Concord, MA 01742-2529
978.371.1900

Dated: June 11, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/11/04.