## David Burgess & Associates
37 Main Street, Concord, MA 01742-2529
t:978.371.1900
f:978.371.1144
db@davidburgesslaw.com

July 8, 2004

The Honorable Judith G. Dein
United States District Court, District of Massachusetts
United States Courthouse, Suite 6410
One Courthouse Way
Boston, MA 02210

Re:   General Electric Capital Corporation v. James E. Hamilton, Richard M. Perlman and Creative Packaging, Inc., Case No. 03-CV-12429-MLW

Dear Judge Dein:

I write this letter in response to the letter sent to you by GE Capital's lawyer on June 29, 2004.

You made a simple request at the June 14 hearing. You asked for a statement of the interest rate that was actually used in the loan documents and an explanation of GE Capital's calculation of the amount it claims is owed. You have been provided with neither.

Instead, the June 29 letter repeats GE Capital's arguments that it does not matter what interest rate was used, the defendants are not entitled to contest these issues, and the defendants have waived their right to complain about the interest rate, because of a written waiver and/or by taking too long to complain.

The defendants' response to GE Capital's arguments is set forth in its memorandum and affidavit in opposition to the summary judgment motion. I will not repeat it here.

I would submit, however, that GE Capital's inability to answer the Court's questions demonstrates that there are issues of material fact in this case that preclude summary judgment.

Sincerely,

David Burgess

cc:   C. Dylan Sanders, Esq.