UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL, CORPORATION | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 03-12429-JGD |
| JAMES E. HAMILTON, et al., | ) ) | |
| Defendants. | ) | |

# SCHEDULING ORDER AND
# ORDER SETTING CASE FOR TRIAL

June 10, 2005

DEIN, U.S.M.J.

A status conference was held today in accordance with this court's order of May 23, 2005.[1]  Based on that conference, it is hereby ORDERED as follows:

1. By **June 24, 2005,** the plaintiff shall file an affidavit(s) describing the amounts it claims are due under the loan guarantees executed by the defendants, as well as under the Personal Property Lease Agreement.  The affidavit shall contain the details of how the amounts are being calculated.

2. By **July 13, 2005**, the defendant shall file an affidavit(s) in response to the plaintiff's affidavit(s), identifying which facts are in dispute and providing a detailed description of the amounts the defendants contend are due under the loan guarantees and Personal Property Lease Agreement.

---

[1] While plaintiff's counsel appeared, the defendants' counsel failed to appear.  Efforts to contact counsel were unsuccessful.

3. A jury-waived[2] trial shall commence on **Monday, August 15, 2005,** in Courtroom #15 on the 5th floor. The parties shall be prepared to proceed with opening statements and the presentation of evidence at that time. Trial will be held from 9:00 a.m. to 1:00 p.m. and continue on August 16, 2005, 9:00 a.m. to 1:00 p.m., if necessary.

4. Counsel shall jointly prepare and file no later than **July 29, 2005**, a <u>Joint Pretrial Memorandum</u> which sets forth the following information prescribed by Local Rule 16.5(D):

   (a) A concise summary of the evidence that each party intends to offer at trial;

   (b) A statement of facts established by the pleadings, by admission, or by stipulation. Counsel shall stipulate as to all facts not genuinely in dispute;

   (c) Any contested issues of fact;

   (d) Any jurisdictional questions;

   (e) Any questions raised by pending motions;

   (f) Issues of law, including evidentiary questions, together with supporting authority;

   (g) Any requested amendments to the pleadings;

   (h) Any additional matters to aid in the disposition of the action;

   (i) The probable length of trial;

   (j) The names, addresses and telephone numbers of all witnesses, including experts, expected to testify;

---

[2] Although the defendant has demanded a jury trial, the plaintiff has informed the court that the relevant documents provide that any trial will be jury-waived, and that the plaintiff will be moving to strike the jury demand if no agreement is reached. This trial order is premised on a jury-waived trial. If, in fact, a jury trial is to take place, the court may set a different date for trial.

    (k)    A "Joint List of Exhibits" (including photographs, documents, instruments, and all other objects) as to which there is <u>no objection</u>, identified and marked by a <u>single sequence of numbers</u> regardless of which party is the proponent;

    (l)    A "List of Exhibits to be Offered at Trial" as to which a party reserves the right to object, identified and marked by a <u>single sequence of capital letters</u> regardless of which party is the proponent;

    (m)    The parties' respective positions on any remaining objections to the evidence, as well as to any deposition testimony being offered.

6.    Counsel shall separately prepare and file no later than **July 29, 2005** a <u>Trial Brief</u> pursuant to Local Rule 16.5(F), which sets forth the following:

    (a)    Motions <u>in limine</u> or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested.

    (b)    Proposed findings of fact and requested rulings of law.

7.    Immediately upon receipt of this Order, any counsel who realizes that one or more attorneys in the case have not been notified shall forthwith notify the additional attorney(s) in writing as to the entry of this Order, and shall file a copy of the writing with the Clerk.

    / s / Judith Gail Dein  
    Judith Gail Dein  
    United States Magistrate Judge