UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

DEFENDANTS' MOTION TO AMEND THEIR ANSWER

Defendants James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc. respectfully move this Court under Federal Rule of Civil Procedure 15(a) for leave to file an amended answer, a copy of which is attached hereto as Exhibit 1. The Defendants state as follows in support of this motion:

1.　　The Plaintiff, General Electric Capital Corporation ("GE Capital") commenced this action on November 21, 2003. It seeks enforcement of three guaranty agreements. Additionally, GE Capital seeks to recover amounts owed under an equipment lease.

2.　　The Court recently ruled on GE Capital's motion for summary judgment, allowing it in part and denying it in part.

3.　　In its May 26, 2005 memorandum of decision, the Court denied summary judgment on the equipment lease claim. The Court pointed out that in their opposition to the summary judgment motion, the defendants had raised the defense of mutual mistake. The Court also pointed out, however, that the defendants' answer did not assert mutual mistake as an affirmative defense.

4. The Court gave the defendants 10 days from the date of the Court's decision to file an amended answer asserting mutual mistake as an affirmative defense.

5. As detailed in the Affidavit of David Burgess, filed with this motion, the defendants' attorney did not know of the Court's decision on the summary judgment motions until more than 10 days after that decision had been issued. Defendant's attorney learned of the decision only after receiving a voice message from Courtroom Clerk Thomas Quinn telling him that the Court was expecting him to be present for a status hearing on Friday, June 10.

6. Allowing Creative Packaging to amend its answer at this stage will not prejudice any other party. The amendment is being filed only 9 days after the deadline established by the Court. The only change to the existing answer is the addition of a Seventh Defense, on page 8 of the defendants' answer.

WHEREFORE, defendants request that this Court allow them to file the attached Amended Answer.

JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.,
By their attorney,

_____/S/_____
David Burgess (BBO No. 553783)
37 Main Street
Concord, MA 01742-2529
978.371.1900

Dated: June 14, 2005