UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>　　　　　　　　　　Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

AFFIDAVIT OF DAVID BURGESS IN SUPPORT OF DEFENDANTS'
MOTION TO AMEND THEIR ANSWER

David Burgess, counsel for defendants James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc., deposes and states under oath as follows:

1.　　I am the attorney for the defendants and submit this affidavit in support of their motion to amend their answer.

2.　　Although the Court ruled on GE Capital's motion for summary judgment on May 26, 2005 and notified counsel electronically, I did not learn of the decision until last Friday, June 10, when Courtroom Clerk Thomas Quinn called to let me know I was supposed to be at a status hearing that day.

3.　　Although I almost certainly received the May 26 electronic notification (I received last Friday's email notification), I overlooked it. The only explanation I can think of for having overlooked it is that in April and May I was receiving many emails notifying me of decisions in the related bankruptcy case involving Creative Paper, Inc. Because I was no longer involved in any active proceeding in that case, I was not reading those emails or the docket items they linked to. I believe that I must have mistaken this Court's notification for another decision in the bankruptcy case.

4.      I request that my oversight in this matter not be held against my clients. I am filing the proposed amendment only 9 days after the deadline imposed by this Court in its May 26, 2005 memorandum of decision.

Signed under penalty of perjury this 14th day of June, 2005,


_/S/_____
David Burgess