UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>                                  Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>                                  Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1(A)(2) CONCERNING DEFENDANTS' MOTION TO AMEND THEIR ANSWER

The undersigned counsel hereby certifies, pursuant to this Court's Local Rule 7.1(A)(2), that on June 14, 2005, before filing the defendants' motion to amend their answer, he discussed the motion to amend with plaintiff's counsel, C. Dylan Sanders, in a good faith effort to resolve the issue and in the hope that the motion to amend could be filed as an assented to motion. Mr. Sanders informed him that he could not assent to the relief requested.

Signed under penalty of perjury this 15th day of June, 2005,


 _/S/_____
David Burgess