UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN, AND CREATIVE PACKAGING, INC.,<br><br>*Defendants*. | CIVIL ACTION NO.: 03-CV-12429-MLW |

**ASSENTED-TO MOTION BY
PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION
TO STRIKE DEFENDANTS' JURY CLAIMS AS TO
<u>COUNTS I, II, AND III OF THE FIRST AMENDED COMPLAINT</u>**

With the assent of the defendants, plaintiff General Electric Capital Corporation ("GE Capital") hereby moves this court to strike the jury demand made by defendants James E. Hamilton, Richard M. Perlman and Creative Packaging, Inc. with respect to Counts I, II, and III of the First Amended Complaint, on the grounds that defendants each expressly waived their right to a jury trial on these claims by execution of the pertinent Guaranty Agreements that form the bases of GE Capital's claims in this matter.

In support of this Motion, GE Capital has submitted a Memorandum of Law herewith.

>GENERAL ELECTRIC CAPITAL CORPORATION
>
>By its attorneys,
>
>/s/ C. Dylan Sanders
>C. Dylan Sanders (BBO #630668)
>DLA PIPER RUDNICK GRAY CARY US LLP
>One International Place, 21st Floor
>100 Oliver Street
>Boston, MA  02110-2613
>(617) 406-6000 (*telephone*)
>(617) 406-6100 (*fax*)

Defendants assent to the striking of their jury demand only with respect to Counts I, II, and III of the Amended Complaint, and reserve their right to a jury trial on all remaining counts of the Amended Complaint and their counterclaims.

/s/ David Burgess
David Burgess (BBO #553783)
DAVID BURGESS & ASSOCIATES
37 Main Street
Concord, MA  01742-2529
(978) 371-1900 (*telephone*)
(978) 371-1144 (*fax)*

Attorney for Defendants


Dated:  June 23, 2005