UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation,

Plaintiff,

v.

JAMES E. HAMILTON, a resident and citizen
of Massachusetts, RICHARD M. PERLMAN,
a resident and citizen of Massachusetts, and
CREATIVE PACKAGING, INC., a
Massachusetts corporation,

Defendants.

CIVIL ACTION NO.: 03-CV-12429-MLW

## SECOND AFFIDAVIT OF FRANK SORENSEN

I, Frank Sorensen, depose and state as follows:

1.      I am the Vice President for Strategic Asset Financing in the Commercial

Finance Division of the plaintiff, General Electric Capital Corporation ("GE Capital").

2.      I submit this Affidavit in response to the Court's order dated June 10,

2005, requiring GE Capital to file an affidavit detailing GE Capital's damages in this

matter.  I make this Affidavit on personal knowledge and on a review of the relevant

documents in the files of GE Capital.

3.      As detailed below, under Counts I, II, and III of the First Amended

Complaint, which seek damages under the Guaranty Agreements against each Defendant

Guarantor, GE Capital is entitled to damages of $5,631,666.03, calculated as of August 1,

2005.  Under Count IV, against Creative Packaging, Inc. for breach of a Personal Property

Lease Agreement, GE Capital is entitled to additional damages of $70,633.97.

A.    **Background**

4.      On or about November 18, 1999, Creative Paper, Inc. entered into the
following agreements: (a) a Master Loan and Security Agreement No. 4366 dated
October 29, 1999, including a First Rider, Second Rider, and Amendment to the Master
Loan Agreement No. 4366; and a Loan Schedule 01 to the Master Loan and Security
Agreement No. 4366, including an Amendment to Loan Schedule 01 to Master Loan and
Security Agreement No. 4366. *See* Tabs A, B, and C to the First Affidavit of Frank
Sorensen, dated March 22, 2004. On or about December 24, 1999, Creative Paper
entered into a Loan Schedule 02 to the Master Loan Agreement and Security Agreement
No. 4366. *See* Tab D to the First Affidavit of Frank Sorensen.

5.      Pursuant to Loan Schedule 01, Creative Paper received equipment
financing in the principal amount of $6,500,000. Pursuant to the Amendment to Loan
Schedule 01, the monthly payments due under Loan Schedule 01 were $110,300,
beginning on November 15, 1999.

6.      Pursuant to Loan Schedule 02, Creative Paper received an additional
$1,000,000 in equipment financing. Creative Paper agreed to repay the financing
advanced pursuant to Loan Schedule 02 in eighty-four (84) monthly installments of
$17,244, beginning on December 25, 1999. (The Master Loan and Security Agreement,
Loan Schedule 01, Amendment to Loan Schedule 01 and Loan Schedule 02, are referred
to herein as the "Loan Documents.") Originally Loan Schedule 02 called for monthly
payments in the amount of $17,299. On information and belief, this was subsequently
amended to make the monthly payment amount due $17,244.

2

7.      Defendant Guarantors James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc. each guaranteed Creative Paper's obligations under the Loan Documents. *See* <u>Tabs E</u>, <u>F</u>, and <u>G</u> to the First Affidavit of Frank Sorensen.

8.      On or about November 19, 2001, GE Capital purchased a participation interest in the Loan Documents and the Guaranty Agreements. On or about December 7, 2001, GE Capital became Fiscal Agent for all participants in the loan described in the Loan Documents. As Fiscal Agent, GE Capital is responsible for, among other things, administration of the Loan Documents and the Guaranty Agreements, collection of all sums payable under the Loan Documents and the Guaranty Agreements, and enforcement of the Loan Documents and the Guaranty Agreements.

9.      Creative Paper failed to make the monthly payments due on April 15 and April 25, 2001,under Loan Schedules 01 and 02, respectively.

10.     Creative Paper failed to pay the sum due and owing under Loan Schedule 01 on August 15, 2003, and Creative Paper failed to pay the sums due and owing under Loan Schedule 02 on September 25, 2003.

11.     On October 1, 2003, GE Capital notified Creative Paper that an Event of Default had occurred, and GE Capital demanded immediate payment in full of all amounts due and owing under the Loan Documents.

12.     On or about October 13, 2003, Creative Paper filed a petition for protection under Chapter 11 of the United States Bankruptcy Code.

~BOST1:375222.v1
22820204-4122

B.   **GE Capital's Damages -- Generally**

13.   GE Capital's damages, for which the Defendant Guarantors are jointly and severally liable, are governed by § 16 of the Master Loan and Security Agreement.  It provides in relevant part as follows:

> In the event [GE Capital] declares all of the Time Balance to be due and payable . . . [Creative Paper] shall pay to [GE Capital] an amount equal to the sum of (a) all accrued and unpaid amounts as of the Declaration Date plus interest thereon, and (b) the present value of all future installments set forth in this Agreement over the remaining unexpired term of this Agreement discounted to present value using a discount rate of five percent (5%) []. The Time Balance as reduced to present value in accordance with the preceding sentence shall bear interest from and after the Declaration Date, and all other Liabilities due and payable under this Agreement (including past due installments) shall bear interest from and after their respective due dates, at the lesser of 1.5% per month or the highest rate permitted by applicable law, provided, however, that Debtor shall have no obligation to pay any interest on interest except to the extent permitted by applicable law.

*See* Tab A to the First Affidavit of Frank Sorensen.

14.   Pursuant to §§ 11(f) and (1) of the Master Loan and Security Agreement, the "Declaration Date" is the date Creative Paper filed a petition for bankruptcy protection, or October 13, 2003.  On that date, Creative Paper's obligations automatically became "due and payable" for purposes of calculating damages under § 16 of the Master Loan and Security Agreement.[1]

15.   Thus, GE Capital's damages against the Guarantors are composed of the following four (4) elements:

---

[1] While GE Capital contends that Creative Paper was in default prior to October 13, 2003, and GE Capital declared the Time Balance due and owing prior to October 13, 2003, for simplicity sake and with the intent of avoiding disputed issues of fact, GE Capital is using the date of the bankruptcy petition as the Declaration Date.

4

(i)      All accrued and unpaid amounts as of the Declaration Date;

(ii)     Interest at one and one-half percent (1.5 %) per month on the accrued and unpaid amounts due as of the Declaration Date;

(iii)    The present value (as of the Declaration Date) of all future installments set forth in Loan Agreements 01 and 02 over the remaining unexpired term of the Loan Agreements, discounted to present value using a discount rate of five percent (5%); and

(iv)    Interest at one and one-half percent (1.5%) on the discounted present value of all future installments due.

**C.**    **<u>All Accrued And Unpaid Amounts Due As Of The Declaration Date</u>**

16.    The calculation of the accrued and unpaid amounts as of the Declaration Date is detailed at <u>Tab A</u>, hereto.

17.    As of October 13, 2003, the following amounts were accrued, unpaid, and owing:

- $110,300 payment due on August 15, 2003 under Loan Schedule 01.

- $110,300 payment due on September 15, 2003 under Loan Schedule 01.

- $17,244 payment due on September 25, 2003 under Loan Schedule 02.

- In addition, in April 2001, Creative Paper failed to make the $110,300 payment due under Loan Schedule 01, and the $17,244 payment due under Loan Schedule 02. In effect, Creative Paper "skipped" these monthly payments, meaning all of its remaining monthly payments were in reality made one (1) month late, and subject to one month interest at the contract rate of one and one-half percent (1.5%) per month. Alternatively, one could apply the one and one-half percent (1.5%) charge to the missing April 2001 payment, for twenty-eight (28) months; mathematically the calculation and result are the same.

5

18.     As reflected on <u>Tab A</u>, the total amount of all accrued and unpaid amounts as of the Declaration Date, including simple interest thereon from the due dates through August 1, 2005, is $373,561.66.

**D.     <u>Discounted Present Value of Future Installment Payments Due</u>**

19.     The calculation of the discounted present value of the future installment payments due under Loan Schedule 01 and Loan Schedule 02, as of the Declaration Date, is detailed at <u>Tabs B</u>, <u>C</u>, and <u>D</u> , hereto.

20.     Loan Schedule 01:  As of October 13, 2003, there were thirty-seven (37) future monthly payments due of $110,300, from October 15, 2003 through October 15, 2006.  Using a monthly discount factor of five percent (5%), the present value of these future payments, as of October 13, 2003, was $3,789,498.62.  *See* <u>Tab C</u>.  This amount is subject to simple interest at the monthly rate of one and one-half percent (1.5%), or $1,868.79 a day.  Assuming a judgment date of August 1, 2005, the total accrued interest due as of that time would be $783,609.41.  *See* <u>Tab B</u>.

21.     Loan Schedule 02:  As of October 13, 2003, there were thirty-eight (38) future monthly payments due of $17,244, from October 25, 2003 through November 25, 2006.  Using a monthly discount factor of five percent (5%), the present value of these future payments, as of October 13, 2003, was $591,629.  *See* <u>Tab D</u>.  This amount is subject to simple interest at the monthly rate of one and one-half percent (1.5%), or $291.76 a day.  Assuming a judgment date of August 1, 2005, the total accrued interest due as of that time would be $191,979.77.  *See* <u>Tab B</u>.

~BOST1:375222.v1
22820204-4122

E.      **Summary of GE Capital's Damages Under Counts I, II and III**

22.      Following the filing of the Chapter 11 petition on October 13, 2003,

Creative Paper made three adequate protection payments to GE Capital, of $56,890 each.

In addition, under the Third Plan of Reorganization in the bankruptcy proceeding,

Creative Paper has made six payments of $52,000 through June 20, 2005, and is expected

to make a payment of $62,000 on July 20, 2005.

23.      GE Capital's damages under the three Guaranty Agreements and the

Master Loan and Security Agreement are summarized and totaled at Tab E, and as

follows:

| | |
|---|---|
| **All Accrued and Unpaid Amounts As of Declaration Date (10/13/03)** | |
| a.  Missing August 2003 Payment, plus interest | $149,300.87 |
| b.  Missing September 2003 Payments, plus interest | $170,692.31 |
| c.  Late Charges from Skipped April 2001 Payment | $  53,568.48 |
| **Subtotal** | **$373,561.66** |
| | |
| **Future Payments Due, Reduced To Present Value, Assuming 5%, Plus Interest** | |
| a.  Discounted Future Payments on Loan 01 | $3,789,498.62 |
| b.  Discounted Future Payments on Loan 02 | $   591,629.64 |
| c.  Interest on Discounted Future Payments | $1,421,646.11 |
| **Subtotal** | **$5,802,774.37** |
| | |
| **Payments Made By Creative Paper After 10/13/03** | |
| Adequate Protection Payments | ($170,670) |
| Payments Made By Creative Paper Under The Confirmed Plan Through August 1, 2005 | ($374,000) |
| | |
| **Total Damages On Counts I, II, and III** | **$5,631,666.03** |

~BOST1:375222.v1
22820204-4122

**F.    Breach of the Personal Property Agreement  (Count IV)**

24.    The damages GE Capital has suffered under Count IV as a result of Creative Packaging's breach of the Personal Property Lease Agreement are calculated on Tab F.

25.    The Personal Property Lease Agreement, attached to the First Affidavit of Frank Sorensen at Tab I, provides for monthly payments in the amount of $4,996.24. Creative Packaging made no payments after July 1, 2003, leaving eleven (11) monthly payments unpaid.  The total is calculated on Tab F.

26.    Under § 1(b) the Personal Property Lease Agreement, unpaid amounts are subject to an interest charge of one and one-half percent (1.5%) per month.  The interest is calculated on Tab F.

27.    As detailed on Tab E, GE Capital's damages under Count IV, for breach of the Personal Property Lease Agreement, are $54,958.16, plus $15,675.33 in accrued interest as of August 1, 2005.


SIGNED UNDER THE PENALTIES OF PERJURY
THIS 24th DAY OF JUNE 2005.


                                            /s/ Frank Sorensen_____
                                            Frank Sorensen

8

~BOST1:375222.v1
22820204-4122



## TAB A

### Accrued And Unpaid Amounts As Of 10/13/03

**Missing April 2001 Payments**

| | |
|---|---:|
| Payment Skipped on 4/2001 | $110,300.00 |
| | $17,244.00 |

Because April 2001 was skipped, assume future monthly payments are all made one month late and subject to a 1.5% monthly late charge.

| | |
|---|---:|
| Number of payments between April 2001 and Declaration Date | 28 |
| Late charge per payment | $1,913.16 |
| **Total late charges due on 10/13/03** | **$53,568.48** |

**Missing August 2003 Payment**

| | |
|---|---:|
| Due Date | 8/15/2003 |
| Amount Due-Loan-01 | $110,300.00 |
| Late Interest Per Day | $54.39 |
| Payment Date | 8/1/2005 |
| Days to Payment Date | 717 |
| Interest as of Payment Date | $39,000.87 |
| **Amount Due Payment Date** | **$149,300.87** |

**Missing September 2003 Payment**

| | |
|---|---:|
| Due Date | 9/15/2003 |
| Amount Due-Loan 01 | $110,300.00 |
| Amount Due -Loan 02 | $17,244.00 |
| Late Interest Per Day | $62.90 |
| Payment Date | 8/1/2005 |
| Days to Payment Date | 686 |
| Interest as of Payment Date | $43,148.31 |
| **Amount Due Payment Date** | **$170,692.31** |

| | | |
|---|---|---:|
| Due from missed April 2001 payments | | $53,568.48 |
| Due from missed August 2003 payment | | $149,300.87 |
| Due from missed Septemeber 2003 payments | | $170,692.31 |
| | **Total** | **$373,561.66** |

**B**

## TAB B

### Present Value of Future Installments
### Discounted as of 10/13/03, Plus Interest

#### Loan 01

| | |
|---|---|
| Present Value of 37 Future Monthly Payments of $110,300 discounted at 5%, as of 10/13/03 (*see Tab C*) | $3,789,498.62 |
| Due Date (Date of Bankruptcy Filing) | 10/13/2003 |
| Payment (Judgment) Date | 8/1/2005 |
| Days Between Due Date and Payment | 658 |
| Interest Per Day (18% per annum) | $1,868.79 |
| Total Interest as of Payment Date | $1,229,666.35 |
| **Total Amount Due on Loan 01** | **$5,019,164.97** |

#### Loan 02

| | |
|---|---|
| Present Value of 38 Future Monthly Payments of $17,244 discounted at 5%, as of 10/13/03 (*see Tab D*) | $591,629.64 |
| Due Date (Date of Bankruptcy Filing) | 10/13/2003 |
| Payment (Judgment) Date | 8/1/2005 |
| Days Between Due Date and Payment | 658 |
| Interest Per Day (18% per annum) | $291.76 |
| Total Interest as of Payment Date | $191,979.77 |
| **Total Amount Due on Loan 02** | **$783,609.41** |

# C

## TAB C

**For Loan 01:  Discounted present value of 37 future monthly payments of $110,300, as of 10/13/03, discounted at 5%.**

| Date Due | Amount Due | PV as of 10/13/03 |
|---|---|---|
| 10/15/2003 | $110,300 | $110,269.79 |
| 11/15/2003 | $110,300 | $109,812.24 |
| 12/15/2003 | $110,300 | $109,356.59 |
| 1/15/2004 | $110,300 | $108,902.82 |
| 2/15/2004 | $110,300 | $108,450.94 |
| 3/15/2004 | $110,300 | $108,000.94 |
| 4/15/2004 | $110,300 | $107,552.80 |
| 5/15/2004 | $110,300 | $107,106.53 |
| 6/15/2004 | $110,300 | $106,662.10 |
| 7/15/2004 | $110,300 | $106,219.52 |
| 8/15/2004 | $110,300 | $105,778.78 |
| 9/15/2004 | $110,300 | $105,339.86 |
| 10/15/2004 | $110,300 | $104,902.76 |
| 11/15/2004 | $110,300 | $104,467.48 |
| 12/15/2004 | $110,300 | $104,034.01 |
| 1/15/2005 | $110,300 | $103,602.33 |
| 2/15/2005 | $110,300 | $103,172.45 |
| 3/15/2005 | $110,300 | $102,744.35 |
| 4/15/2005 | $110,300 | $102,318.02 |
| 5/15/2005 | $110,300 | $101,893.46 |
| 6/15/2005 | $110,300 | $101,470.67 |
| 7/15/2005 | $110,300 | $101,049.63 |
| 8/15/2005 | $110,300 | $100,630.34 |
| 9/15/2005 | $110,300 | $100,212.78 |
| 10/15/2005 | $110,300 | $99,796.96 |
| 11/15/2005 | $110,300 | $99,382.87 |
| 12/15/2005 | $110,300 | $98,970.49 |
| 1/15/2006 | $110,300 | $98,559.82 |
| 2/15/2006 | $110,300 | $98,150.86 |
| 3/15/2006 | $110,300 | $97,743.60 |
| 4/15/2006 | $110,300 | $97,338.02 |
| 5/15/2006 | $110,300 | $96,934.13 |
| 6/15/2006 | $110,300 | $96,531.91 |
| 7/15/2006 | $110,300 | $96,131.37 |
| 8/15/2006 | $110,300 | $95,732.48 |
| 9/15/2006 | $110,300 | $95,335.25 |
| 10/15/2006 | $110,300 | $94,939.67 |

PV of Future Payment on Loan 01 as of 10/13/03                     **$3,789,498.62**

# D

### TAB D

**For Loan 02:  Discounted present value of 38 future monthly payments of $17,244, as of 10/13/03, discounted at 5%.**

| Date Due | Amount Due | PV as of 10/13/03 |
|---|---|---|
| 10/25/2003 | $17,244.00 | $17,215.70 |
| 11/25/2003 | $17,244.00 | $17,144.27 |
| 12/25/2003 | $17,244.00 | $17,073.13 |
| 1/25/2004 | $17,244.00 | $17,002.28 |
| 2/25/2004 | $17,244.00 | $16,931.74 |
| 3/25/2004 | $17,244.00 | $16,861.48 |
| 4/25/2004 | $17,244.00 | $16,791.52 |
| 5/25/2004 | $17,244.00 | $16,721.84 |
| 6/25/2004 | $17,244.00 | $16,652.46 |
| 7/25/2004 | $17,244.00 | $16,583.36 |
| 8/25/2004 | $17,244.00 | $16,514.55 |
| 9/25/2004 | $17,244.00 | $16,446.02 |
| 10/25/2004 | $17,244.00 | $16,377.78 |
| 11/25/2004 | $17,244.00 | $16,309.82 |
| 12/25/2004 | $17,244.00 | $16,242.15 |
| 1/25/2005 | $17,244.00 | $16,174.75 |
| 2/25/2005 | $17,244.00 | $16,107.64 |
| 3/25/2005 | $17,244.00 | $16,040.80 |
| 4/25/2005 | $17,244.00 | $15,974.24 |
| 5/25/2005 | $17,244.00 | $15,907.96 |
| 6/25/2005 | $17,244.00 | $15,841.95 |
| 7/25/2005 | $17,244.00 | $15,776.22 |
| 8/25/2005 | $17,244.00 | $15,710.76 |
| 9/25/2005 | $17,244.00 | $15,645.57 |
| 10/25/2005 | $17,244.00 | $15,580.65 |
| 11/25/2005 | $17,244.00 | $15,516.00 |
| 12/25/2005 | $17,244.00 | $15,451.61 |
| 1/25/2006 | $17,244.00 | $15,387.50 |
| 2/25/2006 | $17,244.00 | $15,323.65 |
| 3/25/2006 | $17,244.00 | $15,260.07 |
| 4/25/2006 | $17,244.00 | $15,196.75 |
| 5/25/2006 | $17,244.00 | $15,133.69 |
| 6/25/2006 | $17,244.00 | $15,070.90 |
| 7/25/2006 | $17,244.00 | $15,008.36 |
| 8/25/2006 | $17,244.00 | $14,946.09 |
| 9/25/2006 | $17,244.00 | $14,884.07 |

| | | |
|---|---|---|
| 10/25/2006 | $17,244.00 | $14,822.31 |
| 11/25/2006 | $17,244.00 | $14,760.81 |

PV of future payments on Loan 02
as of 10/13/03                **$591,629.64**

~BOST1:375008.v4
12163/22820204-4122

**E**

**TAB E**

**Total Damages For Counts I, II and III**

| All Accrued and Unpaid Amounts As of Declaration Date (10/13/03)  (Tab 1) | |
|---|---|
| Missing August 2003 Payment, Interest | $149,300.87 |
| Missing September 2003 Payment, Interest | $170,692.31 |
| Late Charges from Skipped April 2001 Payment | $53,568.48 |
| Subtotal | **$373,561.66** |

| Future Payments Due, Reduced To Present Value, Assuming 5%, Plus Interest  (Tab 2) | |
|---|---|
| Discounted Future Payments on Loan 01 | $3,789,498.62 |
| Discounted Future Payments on Loan 02 | $591,629.64 |
| Interest on Discounted Future Payments | $1,421,646.11 |
| Subtotal | **$5,802,774.37** |

| Payments Made By Creative Paper After | |
|---|---|
| Adequate Protection Payments | ($170,670) |
| Payments Made By Creative Paper Under The Confirmed Plan Through August 1, 2005 | ($374,000) |

| Total Damages For Counts I, II and III (as of August 1, 2005) | **$5,631,666.03** |
|---|---|

# F

**TAB F**

**Damages From Breach of Creative Packaging Personal
Property Lease (Count IV)**

| Monthly Amount Due | Due Date | Judgment Date | Days From Due Date | Interest Per Day | Total Interest |
|---|---|---|---|---|---|
| $4,996.24 | 8/1/2003 | 8/1/2005 | 731 | $2.46 | $1,801.11 |
| $4,996.24 | 9/1/2003 | 8/1/2005 | 700 | $2.46 | $1,724.73 |
| $4,996.24 | 10/1/2003 | 8/1/2005 | 670 | $2.46 | $1,650.81 |
| $4,996.24 | 11/1/2003 | 8/1/2005 | 639 | $2.46 | $1,574.43 |
| $4,996.24 | 12/1/2003 | 8/1/2005 | 609 | $2.46 | $1,500.51 |
| $4,996.24 | 1/1/2004 | 8/1/2005 | 578 | $2.46 | $1,424.13 |
| $4,996.24 | 2/1/2004 | 8/1/2005 | 547 | $2.46 | $1,347.75 |
| $4,996.24 | 3/1/2004 | 8/1/2005 | 518 | $2.46 | $1,276.30 |
| $4,996.24 | 4/1/2004 | 8/1/2005 | 487 | $2.46 | $1,199.92 |
| $4,996.24 | 5/1/2004 | 8/1/2005 | 457 | $2.46 | $1,126.00 |
| $4,996.24 | 6/1/2004 | 8/1/2005 | 426 | $2.46 | $1,049.62 |
| $54,958.64 | | | | | $15,675.33 |

| | | |
|---|---|---|
| Total Monthly Amounts Due | | $54,958.64 |
| Total Interest Due | | $15,675.33 |
| **Total** | | **$70,633.97** |