UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>                              Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>                            Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME FOR FILING AFFIDAVIT CONCERNING DAMAGES

Defendants James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc. respectfully move this Court to grant them a short extension of time to file the affidavit required by this Court in paragraph 2 of the Court's June 10, 2005 Scheduling Order. Defendants request that the Court extend the deadline for this affidavit from July 13, 2005 to July 22, 2005. Plaintiff assents to this motion.

Defendants state as follows in support of this motion:

1.     In its June 10 Scheduling Order, the Court ordered plaintiff to file an affidavit by June 24, 2005 and the defendants to file a responsive affidavit by July 13, 2005.

2.     Defendants' attorney is scheduled to be on vacation beginning July 7, 2005 and will return to his office on July 18, 2005.

3.     Defendants have begun work on the affidavit but have determined that they are not going to be able to complete it before July 7, 2005, when counsel begins his vacation.

2

4.	The Plaintiff, General Electric Capital Corporation ("GE Capital") assents to the requested extension of time.

WHEREFORE, defendants request that this Court extend the time for them to file an affidavit concerning damages from July 13 to July 22, 2005.

                                              JAMES E. HAMILTON, RICHARD M.
PERLMAN, and CREATIVE
PACKAGING, INC.,
By their attorney,


/S/ David Burgess
David Burgess (BBO No. 553783)
37 Main Street
Concord, MA 01742-2529
978.371.1900

Assented to:

/S/ C. Dylan Sanders
C. Dylan Sanders (BBO# 630668)
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
617.406.6000

Dated: June 30, 2005