EXHIBIT A

Calculation demonstrating inconsistency of amounts alleged by GECC to be owed under promissory notes using Sorensen's per diem interest figures (which defendants dispute)

| | |
|---|---|
| Amount owed at 10/13/03, according to Sorensen | $4,153,801.00 |
| Interest from 10/13/03 to 8/1/05 (658 days), using Sorensen's per diem amount of $2,160.55 | $1,421,641.90 |
| Credit for adequate protection payments of $170,670 and $374,000 referred to in Sorensen's affidavit | $544,670.00 |
| Sorensen's 10/13/03 amount, plus Sorensen's interest amount, less payment credit | $5,030,772.90 |
| Amount now claimed by Sorensen | $5,631,666.03 |
| Difference | $600,893.13 |