



EXHIBIT B

203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1293
*main* 312.368.4000  *fax* 312.236.7516

ALEXANDER TERRAS
alexander.terras@piperrudnick.com
*direct* 312.368.4046  *fax* 312.251-5849

February 25, 2005

VIA E-MAIL

Thomas J. Raftery, Esq.
P.O. Box 550
1082 Concord Street
Carlisle, Massachusetts 01741

Re:   Wells Fargo Equipment Finance with General
      Electric Capital Corporation

Dear Mr. Raftery:

The disclosure statement and plan now set for confirmation on March 29, 2005 accurately set forth that $4,534,976.59 is the interest bearing amount to be amortized as provided in the plan with respect to the claim of Wells Fargo Equipment Finance, Inc. and General Electric Capital Corporation: provided, however, that such plan assumes a first payment of $52,000 in January 2005. In fact, the parties have agreed that payments will commence in February 2005, and David Porter has advised that the debtor has made a $52,000 payment in February 2005 to Wells Fargo Equipment Finance, Inc. As a result of this deferment, the interest bearing amount to be amortized has increased from $4,534,976.59 to $4,581,655.60.

Please confirm that the parties agree to the revised balance and the February 2005 payment start date by returning an executed copy of this letter to me.

Very truly yours,

**DLA PIPER RUDNICK GRAY CARY US LLP**

*Alexander Terras* /kt

Alexander Terras

Agreed this 28th day of February, 2005

CREATIVE PAPER, INC.

By:_____
Its:   Attorney

~CHGO1:30549004.v1