UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES E. HAMILTON, RICHARD M. PERLMAN, AND CREATIVE PACKAGING, INC.,<br><br>*Defendants.* | CIVIL ACTION NO.:  03-CV-12429-MLW |

**SECOND JOINT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE PRETRIAL MEMORANDUM AND TRIAL BRIEFS**

Plaintiff General Electric Capital Corporation ("GE Capital") and defendants James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc. jointly move this Court to enlarge the time for the parties to file the Pretrial Memorandum and their respective trial briefs to August 10, 2005.

As grounds for this additional time, the parties state that they are continuing to discuss whether a trial on the claims is, in fact, necessary, in light of the affidavits that the parties have filed concerning damages.  The parties believe that they may agree that some or all of the claims may not require the trial that the Court has scheduled for August 15 and 16, 2005.  The additional time requested herein will allow the parties the necessary time to complete their discussions.

~BOST1:386099.v1  |
22820207-7017

2

Respectfully submitted,

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC. |
| By its attorneys, | By their attorney, |
| /s/ C. Dylan Sanders | /s/ David Burgess |
| C. Dylan Sanders (BBO #630668) | David Burgess (BBO #553783) |
| DLA PIPER RUDNICK GRAY CARY US LLP | DAVID BURGESS & ASSOCIATES |
| One International Place, 21st Floor | 37 Main Street |
| 100 Oliver Street | Concord, MA  01742-2529 |
| Boston, MA  02110-2613 | (978) 371-1900 (*telephone*) |
| (617) 406-6000 (*telephone*) | (978) 371-1144 (*fax)* |
| (617) 406-6100 (*fax*) | |

Dated:  August 5, 2005