UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 03-12429-JGD |
| JAMES E. HAMILTON, et al., | ) ) | |
| Defendants. | ) | |

# ORDER IN FURTHERANCE OF DAMAGE CALCULATIONS

The court has reviewed the papers submitted by the parties as to the damages in the instant case. Based on those papers it is hereby ORDERED as follows:

1. By **October 13, 2005**, the defendant, James E. Hamilton, et al., shall provide this court with the attachment to exhibit seven of the "Affidavit of David Porter in Opposition to Plaintiff's Motion for Summary Judgment" as well as the Bankruptcy court decision reflecting the amounts due and the calculations used to reach those amounts.

2. The plaintiff, General Electrics Capital Corporation, may respond to these new documents only, if necessary, by **October 21, 2005.**

　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

DATED: October 6, 2005