UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GENERAL ELECTRIC CAPITAL
CORPORATION,

                              Plaintiff,

v.

JAMES E. HAMILTON, RICHARD M.
PERLMAN, and CREATIVE
PACKAGING, INC.

                              Defendants.

CIVIL ACTION NO. 03-CV-12429-MLW

### DEFENDANTS' SUBMISSION OF ADDITIONAL DOCUMENTS REQUESTED BY THE COURT IN ITS OCTOBER 6, 2005 ORDER

As ordered by this Court, defendants James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc. submit copies of the following documents:

1.      The letter attached as Exhibit 7 to the Affidavit of David Porter in Opposition to Plaintiff's Motion for Summary Judgment, with the enclosure referred to in that letter (this enclosure should have been included as part of that exhibit);

2.      Creative Paper, Inc.'s Third Plan of Reorganization (discussion of the amount of General Electric Capital Corporation's claim under the promissory notes begins on page 8 of that document); and

3.      The Bankruptcy Court's Order Confirming Debtor's Third Plan of Reorganization.

JAMES E. HAMILTON, RICHARD M.
PERLMAN, and CREATIVE
PACKAGING, INC.,
By their attorney,


/S/ David Burgess
David Burgess (BBO No. 553783)
37 Main Street
Concord, MA  01742-2529
978.371.1900

Dated:  October 6, 2005