# CREATIVE PAPER, INC.
*175 James Street*
*Worcester, MA   01603*
*(508) 756-7275*


Frank Sorensen, Vice President
General Electric Capital Corporation
44 Old Ridgebury Road
Danbury, CT   06810-5105

Michael Ash, Vice President
Wells Fargo Equipment Finance
530 5th Avenue, 15th Floor
New York, NY    10036

January 17, 2002


Re:  Loan and Security Agreement dated November 19, 1999
     by and between Wells Fargo Equipment Finance, Inc.,
     and Creative Paper, Inc.


To Whom It May Concern:


We are in receipt today of a letter of Frank Sorensen, V.P. of General Electric Capital Corporation, addressed to the President of Creative Paper, Inc. and dated Tuesday, January 15, 2002.  We find it necessary to respond.

First, be advised that we cannot unilaterally comply with a demand that Creative Paper, Inc. immediately make all future payments directly to General Electric Capital Corporation.  Prior to any consideration of such a request, Creative Paper will require express written authorization of Wells Fargo Equipment Finance Corporation, with whom our loan was negotiated and executed.

Second, be advised that Creative Paper, Inc. is not now, nor has it ever been in default of any of its payment obligations to Wells Fargo Equipment Finance (or it's predecessor company Charter Financial Corporation), with whom Creative Paper executed the loan agreements.  In fact, all payments since the loan was closed in late 1999 have been at the offices of Wells Fargo Equipment Finance (or it's predecessor Charter Financial Corporation) on the due

date of the payment (20th of each month) or within several days thereafter. On no occasion was any payment delivered to the Wells Fargo offices later than the 26th of any month on which it was due, with the exception of payment due on April 20, 2001.

The April 2001 payment was not made and remains outstanding. Creative Paper's operations were unexpectedly interrupted due to a machine failure on April 11, 2001, and remained closed down until May 5th 2001. Creative Paper immediately notified Wells Fargo of the shut down on or about April 12, 2001. Creative Paper's decision not to timely make the April 20th, 2001 payment was made with the knowledge and consent of Wells Fargo.[1] Creative's decision was based on a projected cash flow shortfall while it processed its property and business interruption insurance claims.

I have attached as an exhibit to this letter, a schedule of loan payments made, including ACH transfer date or for payments made by check, the check number, check date, and date deposited by Wells Fargo. I hope this clears up any issues concerning the dates on which our payments were made. Should you require additional information, we will produce copies of FEDex receipts for dates payments were delivered.

Thank you for your attention to this matter. We appreciate the efforts of our lenders during this difficult economic period and are anxious to work with each of you to resolve this current situation immediately.

Creative Paper, Inc.

David S. Porter, Acting COO

cc: Richard Anderson, MCRC
Michael Sheriden, Chittenden Bank

---

[1] On repeated occasions, since April 2001, the owners of Creative Packaging, Inc., who are also the owners of Creative Paper, Inc., offered to pay the April 2001 payment with monies totaling over $100,000 and held in escrow as additional security for a Creative Packaging, Inc. loan due to Wells Fargo. The escrowed amounts were to have been released as security one year after the original loan date, in 1999. Wells Fargo declined to release their claim to the escrowed funds despite the fact that the Creative Paper and Creative Packaging loans are cross-collateralized in all regards.

# CREATIVE PAPER, INC.
*Payment History*

| Due Date | ACH Debit Date | | Check Date | Check Number | Deposit Date |
|---|---|---|---|---|---|
| 12/20/99 | 12/29/00 | | | | |
| 01/20/00 | 01/19/00 | | | | |
| 02/20/00 | 02/15/00 | | | | |
| 03/20/00 | 03/27/00 | | | | |
| 04/20/00 | 04/20/00 | | | | |
| 05/20/00 | 05/23/00 | | | | |
| 06/20/00 | 06/21/00 | | | | |
| 07/20/00 | 07/20/00 | | | | |
| 08/20/00 | 08/21/00 | | | | |
| 09/20/00 | 09/15/00 | | | | |
| 10/20/00 | 11/08/00 | (1) | | | |
| 11/20/00 | 11/20/00 | | | | |
| 12/20/00 | 12/20/00 | | | | |
| 01/20/01 | 01/22/01 | | | | |
| 02/20/01 | 02/22/01 | | | | |
| 03/20/01 | 03/20/01 | | | | |
| 04/20/01 | | (2) | | | |
| 05/20/01 | 05/22/01 | (3) | | | |
| 06/20/01 | 06/20/01 | | | | |
| 07/20/01 | | | 07/13/01 | 9183 | 07/23/01 |
| 08/20/01 | | | 08/16/01 | 9358 | 08/22/01 |
| 09/20/01 | | | 09/21/01 | 9583 | 09/27/01 |
| 10/20/01 | | | 10/26/01 | 9684 | 10/25/01 |
| 11/20/01 | | | 11/20/01 | 9847 | 11/29/01 |
| 12/20/01 | | | 12/26/01 | 9955 | 12/27/01 |
| 01/20/02 | | | | | |

(1) ACH originally took out 10/16, reversed (too early) and not reprocessed until 11/08/01.

(2) ACH originally took out 04/20, reversed based on agreement to defer until insurance claims settled.

(3) ACH originally processed on 5/21 for double amount (to include April despite agreement to defer), then reversed by Wells Fargo on 5/22 when they noted their error. Correct ACH payment amount processed on 5/22.