UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GENERAL ELECTRIC**
**CAPITAL CORPORATION**
        Plaintiff

    v.

**JAMES E. HAMILTON,**
**RICHARD M. PERLMAN, and**
**CREATIVE PACKAGING, INC.**
        Defendant

CIVIL ACTION
NO.   03-12429-JGD

# JUDGMENT

**DEIN, M.J.**

In accordance with the Court's Memorandum of Decision and Order dated November 1, 2005 in the above-entitled action, it is hereby ORDERED:

Judgment for the plaintiff in the amount of $5,435,567.29 for which the defendants are jointly and severally liable. Count IV of the First Amended Complaint is dismissed without prejudice, in accordance with the agreement of the parties.

By the Court,

November 30, 2005
    Date

/s/ Jolyne D'Ambrosio
Deputy Clerk