UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>                                   Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>                                   Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

NOTICE OF APPEAL

Notice is hereby given that James E. Hamilton, Richard M. Perlman, and Creative Packaging, Inc., defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 30th day of November, 2005.

JAMES E. HAMILTON, RICHARD M.
PERLMAN, and CREATIVE
PACKAGING, INC.,
By their attorney,


/S/ David Burgess
David Burgess (BBO No. 553783)
37 Main Street
Concord, MA  01742-2529
978.371.1900

Dated: December 20, 2005