UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br>　　　　　　　　　　Plaintiff,<br>v.<br>JAMES E. HAMILTON, RICHARD M. PERLMAN, and CREATIVE PACKAGING, INC.<br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 03-CV-12429-MLW |

CERTIFICATE PURSUANT TO FED. R. APP. P. 10(b)(1)(B)

　　Defendants certify, pursuant to Fed. R. App. P. 10(b)(1)(B), that no transcript will be ordered in connection with their appeal of the judgment entered in this action.

　　　　　　　　　　　　　　　　　　JAMES E. HAMILTON, RICHARD M.
　　　　　　　　　　　　　　　　　　PERLMAN, and CREATIVE
　　　　　　　　　　　　　　　　　　PACKAGING, INC.,
　　　　　　　　　　　　　　　　　　By their attorney,


　　　　　　　　　　　　　　　　　　/S/ David Burgess
　　　　　　　　　　　　　　　　　　David Burgess (BBO No. 553783)
　　　　　　　　　　　　　　　　　　37 Main Street
　　　　　　　　　　　　　　　　　　Concord, MA  01742-2529
　　　　　　　　　　　　　　　　　　978.371.1900

Dated: January 4, 2006