## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12429

General Electric Capital Corporation

v.

James E. Hamilton, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/20/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 16, 2006.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/17/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:03-cv-12429-JGD

General Electric Capital Corporation v. Hamilton et al
Assigned to: Magistrate Judge Judith G. Dein
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/04/2003
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**General Electric Capital Corporation**
*a Delaware Corporation*

represented by **C. Dylan Sanders**
Piper Rudnick LLP
One International Place, 21st. Floor
100 Oliver Street
Boston, MA 02110-2600
617-406-6016
Fax: 617-406-6116
Email: dylan.sanders@piperrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James E. Hamilton**
*a resident and citizen of Massachusetts*

represented by **David J. Burgess**
9 Damonmill Square
Suite 5C
Concord, MA 01742-2864
978-371-1900
Fax: 978-371-1144
Email: david@burgesslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard M. Perlman**

represented by **David J. Burgess**

*a resident and citizen of Massachusetts*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Creative Packaging, Inc.**
*a Massachusetts corporation*

represented by **David J. Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Creative Packaging, Inc.**
*a Massachusetts corporation*

represented by **David J. Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**James E. Hamilton**
*a resident and citizen of Massachusetts*

represented by **David J. Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Richard M. Perlman**
*a resident and citizen of Massachusetts*

represented by **David J. Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**General Electric Capital Corporation**
*a Delaware Corporation*

**Counter Claimant**

**James E. Hamilton**
*a resident and citizen of Massachusetts*

**Counter Claimant**

**Richard M. Perlman**
*a resident and citizen of*

*Massachusetts*

**Counter Claimant**

**Creative Packaging, Inc.**
*a Massachusetts corporation*

V.

**Counter Defendant**

**General Electric Capital Corporation**
*a Delaware Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2003 | 1 | COMPLAINT against Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman Filing fee: $ 150, receipt number 52165, filed by General Electric Capital Corporation. (Boyce, Kathy) (Entered: 12/08/2003) |
| 11/21/2003 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dien (Boyce, Kathy) (Entered: 12/08/2003) |
| 12/03/2003 |  | Summons Issued as to Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman (Boyce, Kathy) (Entered: 12/08/2003) |
| 12/03/2003 | 2 | Corporate Disclosure by General Electric Capital Corporation, FILED, c/s.(Boyce, Kathy) (Entered: 12/08/2003) |
| 12/31/2003 | 3 | SUMMONS Returned Executed Richard M. Perlman served on 12/17/2003, answer due 1/6/2004., FILED. (Boyce, Kathy) (Entered: 01/09/2004) |
| 12/31/2003 | 4 | SUMMONS Returned Executed Creative Packaging, Inc. served on 12/17/2003, answer due 1/6/2004. (Boyce, Kathy) (Entered: 01/09/2004) |
| 12/31/2003 | 5 | SUMMONS Returned Executed Creative Packaging, Inc. served on 12/17/2003, answer due 1/6/2004. (Boyce, Kathy) (Entered: 01/12/2004) |
| 12/31/2003 | 6 | SUMMONS Returned Executed James E. Hamilton served on |

| | | |
|---|---|---|
| | | 12/17/2003, answer due 1/6/2004. (Boyce, Kathy) (Entered: 01/12/2004) |
| 01/21/2004 | 7 | AMENDED COMPLAINT against Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, filed by General Electric Capital Corporation.(O'Leary, Dennis) (Entered: 01/23/2004) |
| 02/10/2004 | 8 | ANSWER to Amended Complaint, COUNTERCLAIM against General Electric Capital Corporation by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, FILED, c/s.(Boyce, Kathy) (Entered: 02/17/2004) |
| 02/10/2004 | | ***Attorney David J. Burgess for James E. Hamilton; James E. Hamilton; Richard M. Perlman; Richard M. Perlman; Creative Packaging, Inc. and Creative Packaging, Inc. added. (Boyce, Kathy) (Entered: 02/17/2004) |
| 03/03/2004 | 9 | Judge Mark L. Wolf : MEMORANDUM and ORDER. The parties are ordered to inform the court by March 26, 2004 whether they consent to a transfer of this case to the Magistrate Judge for all purposes. (Attachments: # 1)(O'Leary, Dennis) (Entered: 03/03/2004) |
| 03/22/2004 | 10 | MOTION for Summary Judgment on its affirmative claims and motion to dismiss or, in the alternative, motion for summary judgment judgment on defts' counterclaims, by General Electric Capital Corporation, FILED, c/s.(Boyce, Kathy) (Entered: 03/26/2004) |
| 03/22/2004 | 11 | MEMORANDUM in Support of 10 MOTION for Summary Judgment filed by General Electric Capital Corporation, FILED, c/s. (Boyce, Kathy) (Entered: 03/26/2004) |
| 03/22/2004 | 12 | Local Rule 56.1 STATEMENT of facts re 10 MOTION for Summary Judgment, FILED, c/s. (Boyce, Kathy) (Entered: 03/26/2004) |
| 03/22/2004 | 13 | AFFIDAVIT of Frank Sorensen in Support in support of 10 MOTION for Summary Judgment filed by General Electric Capital Corporation, FILED, c/s. (Boyce, Kathy) (Entered: 03/26/2004) |
| 04/06/2004 | 14 | Judge Mark L. Wolf : ORDER entered ORDER entered: Case reassigned to Magistrate Judge Judith G. Dein. for all purposes, including trial and entry of final judgment. Judge Mark L. Wolf no longer assigned to the case. Counsel are |

| | | |
|---|---|---|
| | | directed to the Court's Standing Orders re: Electronic Case Filing.(O'Leary, Dennis) (Entered: 04/06/2004) |
| 04/06/2004 | | CONSENT to Jurisdiction by US Magistrate Judge.. (Smith3, Dianne) Modified on 11/30/2005 (Smith3, Dianne). (Entered: 11/30/2005) |
| 04/13/2004 | 15 | ASSENTED TO MOTION for Extension of Time to May 10, 2004 to File Opposition to pltf's Motion for Summary Judgment by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, FILED, c/s.(Boyce, Kathy) (Entered: 04/16/2004) |
| 04/16/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 15 Motion for Extension of Time. Defendants' Opposition to 10 Plaintiff's MOTION for Summary Judgment due by 5/10/2004. (Dambrosio, Jolyne) (Entered: 04/16/2004) |
| 05/11/2004 | 16 | MOTION for Extension of Time from May 10, 2004 to May 19, 2004 for Opposing Summary Judgement Motion, by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, FILED, c/s.(Boyce, Kathy) (Entered: 05/21/2004) |
| 05/21/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 16 Motion for Extension of Time. Defendants' Opposition to 10 Plaintiff's MOTION for Summary Judgment due by 5/19/2004. (Dambrosio, Jolyne) (Entered: 05/24/2004) |
| 05/21/2004 | 17 | Assented-To MOTION for Extension of Time from May 19, 2004 to one day (May 20, 2004) to File Opposition as to 10 MOTION for Summary Judgment by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, FILED, c/s.(Boyce, Kathy) (Entered: 05/24/2004) |
| 05/21/2004 | 18 | MEMORANDUM in Opposition re 10 MOTION for Summary Judgment filed by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman, FILED, c/s. (Boyce, Kathy) Modified on 5/27/2004 (opposition not in support) (Filo, Jennifer). (Entered: 05/26/2004) |
| 05/21/2004 | 19 | Response by Creative Packaging, Inc., James E. Hamilton, Richard M. Perlman to 12 Statement of Undisputed facts and Statement of Material Facts as to Which There are Genuine Issues to be tried. (Filo, Jennifer) (Entered: 05/27/2004) |
| 05/21/2004 | 20 | AFFIDAVIT of David Porter in Opposition re 10 MOTION for Summary Judgment. (Filo, Jennifer) (Entered: 05/27/2004) |

| | | |
|---|---|---|
| 05/24/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 17 Motion for Extension of Time. Defendants' Opposition to 10 MOTION for Summary Judgment due by 5/20/2004. (Dambrosio, Jolyne) (Entered: 05/24/2004) |
| 05/28/2004 | 21 | NOTICE of Hearing on 10 Plaintiff's MOTION for Summary Judgment : Motion Hearing set for 6/14/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/28/2004) |
| 06/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 6/14/2004 re 10 MOTION for Summary Judgment filed by General Electric Capital Corporation.: Attorneys Sander and Burgess makes arguments and USMJ Dein takes matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/18/2004) |
| 06/15/2004 | 24 | NOTICE of Change of Address by David J. Burgess, FILED, c/s. (Boyce, Kathy) (Entered: 07/12/2004) |
| 06/29/2004 | 22 | AFFIDAVIT of David S. Porter Concerning Interest Rate Used in Promissory Notes by Creative Packaging, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 07/08/2004) |
| 06/30/2004 | 23 | Letter/request (non-motion) from C. Dylan Sanders to Judge Dein, FILED, c/s. (Boyce, Kathy) (Entered: 07/12/2004) |
| 07/12/2004 | 25 | Letter to Judge Dein from David Burgess dated July 8, 2004 in response to the letter sent by GE Capital's lawyer on June 19, 2004, FILED. (Boyce, Kathy) (Entered: 07/15/2004) |
| 05/23/2005 | 26 | Judge Judith G. Dein : MEMORANDUM OF DECISION AND ORDER entered granting in part and denying in part 10 Plaintiff's Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 05/23/2005) |
| 05/23/2005 | | Electronic NOTICE of Hearing: Status Conference set for 6/10/2005 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/23/2005) |
| 06/10/2005 | 27 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER AND ORDER SETTING CASE FOR TRIAL: Jury-waived Trial set for 8/15/2005 09:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein.(Dambrosio, Jolyne) (Entered: 06/10/2005) |
| 06/10/2005 | | Clerk's Notes for proceedings held before Judge Judith G. |

| | | |
|---|---|---|
| | | Dein : Status Conference held on 6/10/2005.; Attorney Sanders only Attorney Burgess was not present; Counsel reports current case status; damages issue remains outstanding; USMJ Dein set schedule for affidavits Re: damages; plaintiff's affidavit due 6/24/05; defendant's due 7/13/05; final pretrial memo due 7/29/05 and bench trial set for 8/15/05 @ 9:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/10/2005) |
| 06/14/2005 | 28 | First MOTION to Amend *Answer* by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. (Attachments: # 1 Affidavit # 2)(Burgess, David) (Entered: 06/14/2005) |
| 06/15/2005 | 29 | Rule 7.1(A)(2) Certification of Consultation re 28 First MOTION to Amend *Answer* by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc..(Burgess, David) Modified on 6/21/2005 to correct docket text (Filo, Jennifer). (Entered: 06/15/2005) |
| 06/24/2005 | 30 | Assented to MOTION to Strike *Defendants' Jury Demand on Counts I, II and III of the First Amended Complaint* by General Electric Capital Corporation.(Sanders, C.) (Entered: 06/24/2005) |
| 06/24/2005 | 31 | MEMORANDUM in Support re 30 Assented to MOTION to Strike *Defendants' Jury Demand on Counts I, II and III of the First Amended Complaint* filed by General Electric Capital Corporation. (Sanders, C.) (Entered: 06/24/2005) |
| 06/24/2005 | 32 | AFFIDAVIT *In Support of GE Capital's Damages* by General Electric Capital Corporation. (Sanders, C.) (Entered: 06/24/2005) |
| 06/29/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 28 Defendants' Motion to Amend Their Answer, except that the jury demand asserted with respect to Counts I-III, inclusive, shall be stricken in accordance with the assented-to motion filed by the Plaintiff (Docket No. 30). Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted. (Dambrosio, Jolyne) (Entered: 06/29/2005) |
| 06/29/2005 | | Judge Judith G. Dein : ORDER entered granting 30 Plaintiff's Assented To Motion to Strike. (Dambrosio, Jolyne) (Entered: 06/29/2005) |
| 06/29/2005 | 33 | AMENDED ANSWER to *First Amended Complaint*, |

| | | |
|---|---|---|
| | | COUNTERCLAIM against General Electric Capital Corporation by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. (Burgess, David) (Entered: 06/29/2005) |
| 06/30/2005 | 34 | Assented to MOTION for Extension of Time to 07/22/05 to File *Affidavit concerning damages and issues in dispute* by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc..(Burgess, David) (Entered: 06/30/2005) |
| 07/01/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 34 Defendants' Motion for Extension of Time to 07/22/05 to File Affidavit concerning damages and issues in dispute. (Dambrosio, Jolyne) (Entered: 07/01/2005) |
| 07/22/2005 | 35 | AFFIDAVIT of Defendants re 32 Affidavit *re Amounts Owed* by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Burgess, David) (Entered: 07/22/2005) |
| 07/29/2005 | 36 | Joint MOTION for Extension of Time to August 5, 2005 to For The Parties To File Pretrial Memorandum And Trial Briefs If Necessary by General Electric Capital Corporation.(Sanders, C.) (Entered: 07/29/2005) |
| 08/01/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 36 Joint Motion for Extension of Time to August 5, 2005 to File Pretrial Memorandum And Trial Briefs. (Dambrosio, Jolyne) (Entered: 08/01/2005) |
| 08/05/2005 | 37 | Joint MOTION for Extension of Time to August 10, 2005 to File Pretrial Memorandum and Trial Briefs by General Electric Capital Corporation.(Sanders, C.) (Entered: 08/05/2005) |
| 08/08/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 37 Motion for Extension of Time until August 10, 2005 to File Pretrial Memorandum and Trial Briefs. (Dambrosio, Jolyne) (Entered: 08/08/2005) |
| 08/10/2005 | 38 | STIPULATION re 27 Scheduling Order ; *Joint Motion and Stipulation to Submit the Issue of Damages on the Papers* by General Electric Capital Corporation. (Sanders, C.) (Entered: 08/10/2005) |
| 08/11/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 38 Joint Motion and Stipulation to Submit the Issue of Damages on the Papers.(Dambrosio, Jolyne) (Entered: 08/11/2005) |

| 10/06/2005 | 39 | Judge Judith G. Dein : ORDER in Furtherance of Damage Calculations entered. (Dambrosio, Jolyne) (Entered: 10/06/2005) |
|---|---|---|
| 10/06/2005 | 40 | EXHIBIT re 39 Order by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. (Attachments: # 1 Exhibit January 17, 2002 letter with enclosure# 2 Exhibit Plan of Reorganization# 3 Exhibit Order Confirming Plan of Reorganization)(Burgess, David) (Entered: 10/06/2005) |
| 10/21/2005 | 41 | Response by General Electric Capital Corporation to 39 Order, 40 Exhibit,. (Sanders, C.) (Entered: 10/21/2005) |
| 11/01/2005 | 42 | Judge Judith G. Dein : ORDER entered. MEMORANDUM OF DECISION AND ORDER on Issue of Damages. (Dambrosio, Jolyne) (Entered: 11/01/2005) |
| 11/30/2005 | 43 | Judge Judith G. Dein : ORDER entered. JUDGMENT in favor of plaintiff against defendants, jointly and severally. (Dambrosio, Jolyne) (Entered: 11/30/2005) |
| 12/20/2005 | 44 | NOTICE OF APPEAL by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/9/2006. (Burgess, David) (Entered: 12/20/2005) |
| 12/28/2005 |  | Filing fee: $ 255, receipt number 69147 regarding Document No. 44, Notice of Appeal (Boyce, Kathy) (Entered: 12/30/2005) |
| 01/04/2006 | 45 | AFFIDAVIT of David Burgess re 44 Notice of Appeal, *pursuant to Fed. R. App. P. 10(b)(1)(B), re no transcript to be ordered* by James E. Hamilton, Richard M. Perlman, Creative Packaging, Inc.. (Burgess, David) (Entered: 01/04/2006) |