

03-12429
USDC-MABO
J. DEIN

# United States Court of Appeals
## For the First Circuit

No. 06-1326

GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation

Plaintiff - Appellee

v.

JAMES E. HAMILTON, a resident and citizen of Massachusetts; RICHARD M. PERLMAN, a resident and citizen of Massachusetts; CREATIVE PACKAGING, INC., a Massachusetts corporation

Defendants - Appellants

---

**JUDGMENT**

Entered: April 17, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/17/06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By:_____
Julie Gregg, Operations Manager

[cc: C. Dylan Sanders, Esq. and David J. Burgess, Esq.]